# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MARIA ROCHA-GARCIA,<br><br>        Plaintiff(s),<br><br>vs.<br><br>WALGREEN CO., et al.,<br><br>        Defendant(s). | Case No. 2:17-cv-00465-JAD-NJK<br><br>ORDER<br><br>(Docket No. 10) |

Pending before the Court is the parties' stipulated proposed discovery plan and scheduling order. Docket No. 10. The stipulated proposed discovery plan does not contain the certifications required by Local Rule 26-1(b)(7)–(b)(9), is not formatted as required by Local Rule 26-1(b)(10), and misstates Local Rule 26-4.

Accordingly, the Court hereby **DENIES** the parties' stipulated proposed discovery plan and scheduling order (Docket No. 10). The parties shall file a new stipulated proposed discovery plan and scheduling order that complies with the Local Rules, no later than April 5, 2017.

IT IS SO ORDERED.

DATED: March 31, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge