# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| MARIA ROCHA-GARCIA, | ) | Case No. 2:17-cv-00465-JAD-NJK |
| Plaintiff(s), | ) | ORDER |
| vs. | ) | |
| WALGREEN CO., | ) | |
| Defendant(s). | ) | |

Pending before the Court is the parties' joint interim status report. Docket No. 16. The parties fail to state the time they estimate will be required for trial and do not provide 3 alternative available trial dates. *See id.*; Local Rule 26-3. Accordingly, the Court hereby **ORDERS** the parties to submit a joint interim status report that complies with the Local Rules, no later than June 12, 2017.

IT IS SO ORDERED.

DATED: June 5, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge