LAW OFFICE OF JAMES F. HOLTZ
James F. Holtz, Esq.
Nevada Bar No. 8119
In Association With:
Cory R. Lacy, Esq.
Nevada Bar No. 14074
1120 Town Center Drive, Suite 200
Las Vegas, Nevada 89144
Telephone: (702) 304-1803
Facsimile: (702) 304-1822
james.holtz@holtzapc.com
cory.lacy@holtzapc.com

Attorney for Defendant, WALGREEN CO.

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| MARIA ROCHA-GARCIA,<br><br>Plaintiff,<br><br>v.<br><br>WALGREEN CO., d/b/a WALGREENS #10862; DOES I-X; and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No.: 2:17-cv-00465-JAD-NJK<br><br>**JOINT MOTION TO DISMISS CLAIMS AGAINST WALGREEN CO.**<br><br>ECF No. 26 |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEAKE TAKE NOTICE that Plaintiff, Maria Rocha-Garcia ("Rocha-Garcia"), and Defendant, Walgreen Co. ("Walgreens") hereby jointly move the Court for an order dismissing in their entirety, with prejudice, all of Rocha-Garcia's claims against Defendant, with each party to bear its/her own attorneys' fees and costs.

Good cause exists for the dismissal because the matter has been resolved to the

///
///
///
///
///

---

1
JOINT MOTION TO DISMISS CLAIMS AGAINST WALGREEN CO.

satisfaction of both parties.

Dated: 9/14/17          LAW OFFICE OF JAMES F. HOLTZ

By: /s/ James F. Holtz
James F. Holtz, Esq.
Nevada Bar No. 8119
In Association With:
Cory R. Lacy, Esq.
Nevada Bar No. 14074
1120 Town Center Drive, Suite 200
Las Vegas, Nevada 89144
Telephone: (702) 304-1803
Attorneys for Defendant WALGREEN CO.

Dated: 9-13-17          RUIZ LAW FIRM

By: /s/ Lawrence Ruiz
Lawrence Ruiz, Esq.
Nevada Bar No. 11451
ey Ranch Drive, Suite 110
Henderson, Nevada 89014
Telephone: (702) 850-1717
Attorneys for Plaintiff MARIA ROCHA-GARCIA

ORDER

Based on the parties' stipulation [ECF No. 26] and good cause appearing with no cause to delay, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that THIS ACTION IS DISMISSED WITH PREJUDICE, each party to bear its own fees and costs. The Clerk of Court is directed to CLOSE THIS CASE.

_____
U.S. District Judge Jennifer Dorsey
September 18, 2017